United States District Court
Southern District of Texas
**ENTERED**
January 19, 2024
Nathan Ochsner, Clerk

# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE:  Francisco TORRES-MARTINEZ

I, Luis I. Molina-Castro, declare and state as follows:

On or about January 19, 2024 the defendant Francisco TORRES-MARTINEZ was apprehended near Laredo, Texas. After a brief interview it was determined that, Francisco TORRES-MARTINEZ was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Francisco TORRES-MARTINEZ was previously REMOVED from the United States on 06/22/2023 at Laredo, Texas. There is no record that Francisco TORRES-MARTINEZ has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of January, 2024 at Laredo, Texas.

Luis I. Molina-Castro
Border Patrol Agent
United States Border Patrol

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

January 19, 2024, 02:00 PM, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge